**2014–0565. State ex rel. Britford v. Tyack.**
In Procedendo. On motions to dismiss. Motions granted. On motion to amend complaint. Motion

denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.